# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL ROSARIO CASTILLO,<br><br>                                      Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART, Commissioner,<br>Social Security Administration,<br><br>                                      Defendant. | CASE NO. 06CV0862 WHQ (JMA)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING |

HAYES, Judge:

      Pending before the Court is the Report and Recommendation (Doc # 13) of Magistrate Judge Jan M. Adler, filed on May 17, 2007, recommending that the Court grant Plaintiff's Motion for Remand (Doc #7) and deny Defendant's Cross-Motion for Summary Judgment (Doc #11).

## BACKGROUND

      On May 14, 2004, Plaintiff Maribel Castillo filed an application for Supplemental Security Income disability benefits pursuant to Title XVI of the Social Security Act, 42 U.S.C. § 423. On September 16, 2004, the Social Security Administration denied Plaintiff's application. Admin. Record at 25-27. On March 25, 2005, the Social Security Administration denied Plaintiff's application on reconsideration. Admin. Record at 25-38. On April 27, 2005, Plaintiff requested a hearing before an Administrative Law Judge (ALJ). Admin. Record at 39.

1  On November 16, 2005, an ALJ held a hearing on Plaintiff's application, and on
2  December 20, 2005, the ALJ determined that Plaintiff was not disabled and denied benefits.
3  Admin. Record at 15-24.  On March 17, 2006, the Appeals Council affirmed the decision of
4  the ALJ.  Admin. Record at 4.

5  On April 12, 2006, Plaintiff commenced the instant action for judicial review and
6  remedy of the Social Security Administration's final administrative decision pursuant to 42
7  U.S.C. § 405(g).  (Doc. # 1, 10).  On March 17, 2007, Magistrate Judge Jan M. Adler issued
8  the Report and Recommendation, recommending that the case be remanded to the Social
9  Security Administration for further administrative proceedings. (Doc. # 13).  No party filed an
10 objection to the Report and Recommendation.

## RULING OF THE COURT

12 When reviewing the Report and Recommendation of the Magistrate Judge, a district
13 court, "may accept, reject, or modify, in whole or in part, the findings or recommendations
14 made by the magistrate judge."  28 U.S.C. § 636(b)(1).  This Court has reviewed the Report
15 and Recommendation and concludes that the Magistrate Judge correctly determined that the
16 record does not support the ALJ's implicit rejection of, and failure to adequately discuss, the
17 opinions of Plaintiff's treating and examining doctors.  Dismissing treating and examining
18 doctors' reports with only cursory discussion does not constitute specific and legitimate
19 reasons for disregarding them.  *See Winans v. Bowen*, 853 F.2d 643, 647 (9th Cir. 1987).

20 **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate
21 Judge (Doc. # 13) is adopted in its entirety;  Plaintiff's Motion to Remand (Doc. # 8) is
22 granted; and Defendant's Motion for Summary Judgment (Doc. # 11) is denied.  The action
23 is remanded to the Social Security Administration for further administrative proceedings.
24 DATED:  August 3, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge